IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-01561-WYD-KMT

LESLIE L. STEINBECK, individually; and on behalf of the heirs of TIM L. STEINBECK,

    Plaintiff,

v.

JENNIE V. SUHR; and
SDR SONTRACTING, INC, a Foreign corporation,

    Defendants.

## ORDER DISMISSING CLAIM

The Stipulated Motion to Dismiss Plaintiff's Punitive Damages Claim Without Prejudice, filed September 30, 2009 [#10] is **GRANTED** and Plaintiff's punitive damages claim is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1) and C.R.S. § 13-21-203(3)(c)(I).

Dated:  October 1, 2009

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Chief United States District Judge