IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–01561–WYD–KMT

LESLIE L. STEINBECK, Individually and on behalf of the heirs of TIM L. STEINBECK,

    Plaintiff,

v.

JENNIE V. SUHR, and
SDR CONTRACTING, INC., a Foreign corporation,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

"Defendant Jennie V. Suhr's Rule 15 Motion for Leave to Amend Answer" (# 12, filed November 12, 2009) is GRANTED. The Clerk of Court is directed to file the Amended Answer attached to the motion (Doc. No. 12-3).

Dated: December 2, 2009