IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-01561-WYD-KMT

LESLIE L. STEINBECK, individually; and on behalf of the heirs of TIM L. STEINBECK,

    Plaintiff,

v.

JENNIE V. SUHR; and
SDR SONTRACTING, INC, a Foreign corporation,

    Defendants.

## ORDER OF DISMISSAL

This Matter is before the court on the Stipulated Motion to Dismiss With Prejudice, filed March 29, 2010 [#23]. Upon review of the Stipulated Motion and file in this matter, it is hereby

ORDERED that this matter is **DISMISSED WITH PREJUDICE**, each party to pay their own costs and attorney's fees.

    Dated: March 29, 2010

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Chief United States District Judge